UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

LESLIE GEORGE,

          Plaintiff,

v.

ALLIED BARTON, *et al.*,

          Defendant.

CASE NO.: 3:16-CV-00724-RCJ-WGC

O R D E R

      The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on January 27, 2017 in which the Magistrate Judge recommends the Court grant the Plaintiff's IFP Application (ECF No. 1), direct the Clerk of the Court to file the Complaint (ECF No. 1-1) and dismiss this action with prejudice.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 3).

      IT IS HEREBY ORDERED that Plaintiff's IFP Application (ECF No. 1) is GRANTED. The Clerk of the Court is directed to file the Complaint (ECF No. 1-1).

      IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.  The Clerk of the Court shall close this case.

      IT IS SO ORDERED this 16th day of February, 2017.

                                                _____

                                                ROBERT C. JONES
                                                UNITED STATES DISTRICT JUDGE